No. 86–5484. ELLISON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5486. JARAMILLO v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 86–5487. DUVALL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–5489. HINDMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–5490. JOHNSON v. DUCKWORTH, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–5491. DONG JOON AHN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5493. ZAKY v. UNITED STATES VETERANS ADMINISTRATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–5494. BARBER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5497. SAUNDERS v. MCMACKEN, SUPERINTENDENT, HOCKING CORRECTIONAL FACILITY. C. A. 6th Cir. Certiorari denied.

No. 86–5498. TAYLOR v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86–5505. THOMAS v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–5507. BOURGEOIS v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 86–5511. RAMIREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5512. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5516. LIZOTTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.